United States District Court
Southern District of Texas
**ENTERED**
May 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Joyce Bradford, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3893 |
| | § | |
| Transworld Systems, Inc., et al, | § | |
| Defendants. | § | |

## ORDER

In accordance with the Joint Stipulation of Dismissal filed on May 23, 2018 (docket entry no. 12), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 23rd day of May, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE